IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JOHN FRALISH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:21-cv-675 |
| | ) | |
| v. | ) | Judge Robert L. Miller, Jr. |
| | ) | Magistrate Judge Michael G. Gotsch, Sr. |
| FIRSTSOURCE ADVANTAGE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiff, JOHN FRALISH, hereby respectfully apprises this Honorable Court that the parties have reached a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties are currently in the process of preparing formal documents necessary to memorialize the terms and conditions of the settlement of this matter.

2. Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for further court filings.

Respectfully submitted,<br>
**JOHN FRALISH**<br><br>
By:    s/ David M. Marco<br>
Attorney for Plaintiff

Dated: November 11, 2021

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:    (312) 546-6539
Facsimile:    (888) 418-1277
E-Mail:       dmarco@smithmarco.com