**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **JOHN FRALISH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No: 3:21-cv-675** |
| | ) | |
| **v.** | ) | **Judge Robert L. Miller, Jr.** |
| | ) | **Magistrate Judge Michael G. Gotsch, Sr.** |
| **FIRSTSOURCE ADVANTAGE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, JOHN FRALISH, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2.  The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3.  Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

<div style="margin-left:50%">

Respectfully submitted,
**JOHN FRALISH**

By:    s/ David M. Marco
        Attorney for Plaintiff

</div>

Dated: January 3, 2022

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:    (312) 546-6539
Facsimile:    (888) 418-1277
E-Mail:        dmarco@smithmarco.com