AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOHN FRALISH,

               Plaintiff

v.                                          Civil Action No.  3:21-cv-00675

Firstsource Advantage, LLC,

               Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff_____.

_X_ Other: Pursuant to the Notice of dismissal [Doc. No. 7] and Fed. R. Civ. P. 41(a)(1)(A)(i), this case is DISMISSED with prejudice.

This action was (*check one*):

___ tried to a jury with Judge_____presiding, and the jury has rendered a verdict.

___ tried by Judge_____without a jury and the above decision was reached.

_X_ decided by Judge Robert L. Miller, Jr. on a Notice of Dismissal by Plaintiff.


DATE: January 5, 2022                             GARY T. BELL, CLERK OF COURT

                                                        By: s/ L. Higgins-Conrad
                                                            *Signature of Deputy Clerk*